469 A.2d 293

Yohe, Appellant v. Yohe.

Submitted September 23, 1983. H. Stanley Rebert, for appellant; Glenn C. Vaughn, for appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order affirmed.

WIEAND, J., filed a memorandum dissenting statement.